NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KOWA COMPANY, LTD., KOWA PHARMACEUTICALS AMERICA, INC., NISSAN CHEMICAL CORPORATION,**
*Plaintiffs-Appellees*

**v.**

**AMNEAL PHARMACEUTICALS, LLC,**
*Defendant-Appellant*

---

2018-1051

---

Appeal from the United States District Court for the Southern District of New York in No. 1:14-cv-02758-PAC, Judge Paul A. Crotty.

---

**JUDGMENT**

---

DAVID G. CONLIN, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC, Boston, MA, argued for plaintiffs-appellees. Also represented by KATHLEEN BRIDGET CARR, JOSEPH RUTKOWSKI, THOMAS HOELDER WINTNER, PETER CUOMO, ADAM PHILLIP SAMANSKY; JOHN BAUER, JENNIFER DEREKA, New York, NY.

STEVEN ARTHUR MADDOX, Maddox Edwards, PLLC,

Washington, DC, argued for defendant-appellant. Also represented by JEREMY J. EDWARDS, MATTHEW C. RUEDY, KAVEH SABA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>December 10, 2018</td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner<br>Clerk of Court</td></tr>
</table>